UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ENBONY SMITH, et al.,<br><br>　　　　　　Defendants. | 1:13-cv-01886-BAM (PC)<br><br>ORDER TO SUBMIT NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has neither paid the $400.00 filing fee nor filed the appropriate application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

Within thirty days of the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached non-prisoner application to proceed in forma pauperis, completed and signed. **No requests for extension of time will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

　Dated:　**December 6, 2013**　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE