UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARCHIE CRANFORD, | 1:13-cv-01886-BAM (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SUBMIT NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS |
| ENBONY SMITH, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has neither paid the $400.00 filing fee nor filed the appropriate application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

Within thirty days of the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached non-prisoner application to proceed in forma pauperis, completed and signed. **No requests for extension of time will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **December 6, 2013**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE