# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENBONY SMITH, et al.<br><br>　　　　Defendants. | 1:13-cv-001886-BAM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS PREMATURE<br><br>(ECF No. 7) |

  Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on November 21, 2013.  (ECF No. 1.)

  On January 23, 2014, Plaintiff filed the instant motion for entry of default and default judgment against Defendant Smith.  (ECF No. 7.)

  Plaintiff's motion for entry of default and default judgment is premature and shall be denied without prejudice.  The Court has not screened Plaintiff's complaint to determine whether it is subject to dismissal or whether the action should proceed to discovery on Plaintiff's claims. 28. U.S.C. § 1915 § (e)(2)(B)(ii) ("Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that ... the action or appeal ... fails to state a claim upon which relief may be granted.")  The Court also has not ordered service of the complaint and has not opened discovery in this matter.

Accordingly, Plaintiff's motion for entry of default and default judgment is HEREBY DENIED, without prejudice, as premature.

IT IS SO ORDERED.

Dated:   **March 20, 2014**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE